AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff-Respondent,

v.

BRANDON SMITH,

        Defendant-Petitioner.

JUDGMENT

Case Number: **3:16-CR-00008-RCJ**
(Related Case  3:20-CV-00374-RCJ)

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Smith's Motion to Vacate, Set Aside, or Correct Sentence (ECF No. 70) is **DENIED**.
    **IT IS FURTHER ORDERED** that a certificate of appealability shall issue on whether it was a structural error for the Court to accept Defendant's guilty plea without informing him of the *Rehaif* knowledge-of-status element.
    **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly.



Date: February 24, 2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk